UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

LAFATA, SCOTT M.
LAFATA, ROSARIO C.

Debtors.

Chapter 7

Case No. 08-62418 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 11 | GE Money Bank dba LOWES CONSUMER c/o Recovery Management Systems Corp., 25 SE 2nd Ave Suite 1120 Miami, FL 33131 | $99.90 | $3.05 |

**TOTAL SMALL DIVIDENDS:**                                                                 $     3.05

Dated: November 2, 2010

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

**FILED**

NOV 0 9 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**THOMAS P. HUGHES**
ATTORNEY AT LAW
23 OXFORD ROAD
NEW HARTFORD, NEW YORK 13413

(315) 223-3043
FAX (315) 735-7924

November 8, 2010

Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, New York 13501

        Re:   Lafata, Scott M. and Rosario C.
              Case No.: 08-62418

Dear Sir or Madam:

      Pursuant to FRBP 3010 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding, together with a Statement of Small Dividends.

                                                   Very truly yours,

                                                   Thomas P. Hughes

TPH:vr

Enclosures

*Receipt # 61100039*